# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-7068**                                              **September Term, 2022**

                                                             **1:17-cv-01757-CRC**

                                                             **Filed On:** July 7, 2023

Shonice G. Garnett, et al.,

       Appellants

James Stanley,

       Appellee

    v.

Laura Zeilinger, in her official capacity as
Director of the District of Columbia
Department of Human Services,

       Appellee

**BEFORE:**     Pillard and Rao, Circuit Judges, and Sentelle, Senior Circuit Judge

### O R D E R

Upon consideration of the corrected motion to remand case, it is

**ORDERED** that the motion be granted and the record remanded to the district court for further proceedings with respect to the parties' request for the district court to preliminarily approve their proposed settlement agreement and to conduct a fairness hearing pursuant to Federal Rule of Civil Procedure 23(e)(2).  <u>See</u> Fed. R. App. P. 12.1; D.C. Cir. Rule 41(b).  It is

**FURTHER ORDERED** that this case continue to be held in abeyance pending further order of the court.  The court retains jurisdiction over the case, and appellants must promptly notify the Clerk when the proceedings described above are completed.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-7068**                                                                            **September Term, 2022**

See Fed. R. App. P. 12.1(b). The parties are directed to file motions to govern future proceedings in this court within thirty days of appellants' notification.

The Clerk is directed to transmit a copy of this order to the district court.

**Per Curiam**

                                                              **FOR THE COURT:**
                                                              Mark J. Langer, Clerk

                 BY:       /s/
                                Emily Campbell
                                Deputy Clerk