# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-7068**                    **September Term, 2023**

**1:17-cv-01757-CRC**

**Filed On:** April 1, 2024

Shonice G. Garnett, et al.,

       Appellants

James Stanley,

       Appellee

    v.

Laura Zeilinger, in her official capacity as
Director of the District of Columbia
Department of Human Services,

       Appellee

**BEFORE:**   Millett, Pillard, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the joint motion to vacate the district court decisions under review and to dismiss the appeal, it is

**ORDERED** that the motion to dismiss the appeal be granted.  It is

**FURTHER ORDERED** that the motion to vacate the district court decisions under review be denied.  The parties have settled the case and the settlement is not contingent on vacatur.  Moreover, mootness by reason of settlement does not normally justify vacatur of a judgment under review, and the parties have not shown "exceptional circumstances" warranting that "extraordinary remedy."  U.S. Bancorp Mortgage Co. v. Bonner Mall Partnership, 513 U.S. 18, 26, 29 (1994).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

## Per Curiam